SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHRU CHENG and TUNGHUNG TSAI,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAUL NOVAK, JR., Director, Citizenship and Immigration Services, Vermont Service Center; et al.,<br><br>    Defendants. | No. C 07-1213 PVT<br><br>STIPULATION TO DISMISSAL; [~~PROPOSED~~] ORDER |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiffs' applications for adjustment of status.

///

///

///

///

///

STIPULATION
07-1213 PVT

|   |   |
|---|---|
| 1 | The parties shall bear their own costs and fees. |

Dated: October 23, 2007

          /S/
MELANIE L. PROCTOR[1]
Assistant United States Attorney

Attorney for Defendants

Dated: October 23, 2007

          /S/
SCOTT BRATTON
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 24, 2007

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
07-1213 PVT          2